# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

### No. ACM S32411

————————————

### UNITED STATES
*Appellee*

**v.**

### William B.C. KYLE
Airman Basic (E-1), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 1 June 2017

————————————

*Military Judge:* Shelly W. Schools.

*Approved sentence:* Bad-conduct discharge and confinement for 3 months. Sentence adjudged 10 June 2016 by SpCM convened at Malmstrom Air Force Base, Montana.

*For Appellant:* Captain Patrick A. Clary, USAF.

*For Appellee*: Gerald R. Bruce, Equire.

Before MAYBERRY, J. BROWN, and MINK, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.


FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court